**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

YEHUDA BROT,

               Plaintiff,

      - against -

JO ANNE B. BARNHART,
Commissioner of Social Security,

               Defendant.

-------------------------------------------------------------X

**JUDGMENT**

CV-06-0233 (SJF)

A Stipulation and Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on August 28, 2006, reversing and remanding the Commissioner's final decision for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g), including but not limited to obtaining clarification of the medical source opinions and medical evidence, and issuance of a new decision, it is

    **ORDERED AND ADJUDGED** that pursuant to sentence four of 42 U.S.C. § 405(g), the Commissioner's final decision is reversed and remanded for further administrative proceedings.

Dated: Central Islip, New York
      August 28, 2006

               ROBERT C. HEINEMANN
               CLERK OF THE COURT

      By:   /s/ Lorraine Sapienza
           Deputy Clerk